United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 26-13771-pmm
Christian Melendez Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2
Date Rcvd: Sep 10, 2026 Form ID: 210U Total Noticed: 13

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Christian Melendez, 313 Creek Road, Bath, PA 18014-1130 |
| 15184019 | | Wells Fargo Dealer Services, Credit Bureau Operations, Attn: Bankrupt, Charlotte, NC 28272 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 11 2026 02:39:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 11 2026 02:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 15184010 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 11 2026 02:44:27 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15184011 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 11 2026 02:39:00 | Chime, Attn: Bankruptcy, 101 California Street, Suite 500, San Francisco, CA 94111-5802 |
| 15184012 | + | Email/Text: omx-bnc-bk-notices@chime.com | Sep 11 2026 02:39:00 | Chimefinal, Attn: Bankruptcy, Po Box 417, San Francisco, CA 94104-0417 |
| 15184013 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 11 2026 02:39:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15184014 | | Email/Text: bk@lendmarkfinancial.com | Sep 11 2026 02:38:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 15184015 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 11 2026 02:39:00 | New Jersey Turnpike Authority, Attn: Ramon de la Cruz, P.O. Box 5042, Woodbridge, NJ 07095 |
| 15184016 | ^ | MEBN | Sep 11 2026 02:33:33 | PA Turnpike Commission, Attn: Toll Enforcement, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 15184017 | ^ | MEBN | Sep 11 2026 02:33:28 | PP&L, Attn: Legal Department/Darryl Preziosi, 2 N Ninth St, Allentown, PA 18101-1139 |
| 15184018 | ^ | MEBN | Sep 11 2026 02:33:47 | South East Client Services, Inc., 1055 Howell Mill Rd Nw Fl 8 Floor 8, Atlanta, GA 30318-5557 |

TOTAL: 11

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MICHAEL A. CIBIK | on behalf of Debtor Christian Melendez help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| ROBERT H. HOLBER | trustee@holber.com rholber@ecf.axosfs.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

***UNITED STATES BANKRUPTCY COURT***
***EASTERN DISTRICT OF PENNSYLVANIA***

---

In Re: Christian Melendez Case No: 26−13771−pmm

Debtor(s)

---

***CLERK'S NOTICE RE: PRESUMPTION OF ABUSE***

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 9/10/26

Mohung Wong
Clerk of Court